

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

December 27, 2022

Granted.  SO  ORDERED.

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
December 28, 2022

Re:   *Harbus v. LifeDaily, LLC,* 1:22-cv-03239 (PAE)

Dear Judge Engelmayer:

    We represent Plaintiff Richard Harbus in the above-captioned case. We write to pursuant to section 1.E of the Court's Individual Practices to respectfully request a 30-day extension of time to file a Notice of Dismissal in this matter (or to otherwise re-open the case). Despite best efforts, the parties were not able to consummate the settlement before the original deadline.

(1) The original deadline is December 31, 2022; the proposed new deadline is January 30, 2023.

(2) No previous requests for an extension have been made.

(3) No previous requests for an extension have been granted or denied.

(4) Defendant LifeDaily, LLC consents to this request.

No other scheduled dates will be impacted by this request.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*