

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

January 30, 2023

**VIA ECF**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    <u>Harbus v. LifeDaily, LLC</u>, 1:22-cv-03239 (PAE)

Dear Judge Engelmayer:

    We represent Plaintiff Richard Harbus in the above-captioned case. We write to pursuant to section 1.E of the Court's Individual Practices to respectfully request another 30-day extension of time to file a Notice of Dismissal in this matter (or to otherwise re-open the case). Despite best efforts, the parties were not able to consummate the settlement before the current deadline.

    (1) The original deadline is January 30, 2023.

    (2) A previous request for a 30-day extension was made on December 27, 2022 [Dkt. No. 25]

    (3) The previous request for an extension was granted. [Dkt. No. 26]

    (4) Defendant LifeDaily, LLC consents to this request.

No other scheduled dates will be impacted by this request. Undersigned counsel apologizes to the Court that this request was not made 48 hours before today's deadline, but the parties were delayed in their communication for interpersonal reasons.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Granted. SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge
January 30, 2023